UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARC RICHARD VAN SLYKE,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, et al.,<br><br>Defendants. | CASE NO. C22-1531JLR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Before the court is United States Magistrate Judge Theresa L. Fricke's report and recommendation, in which she recommends that the court dismiss Plaintiff Marc Richard Van Slyke's amended complaint and this action without prejudice for failure to prosecute. (R&R (Dkt. # 51); *see* Am. Compl. (Dkt. # 12).) Neither Mr. Van Slyke nor Defendants have filed objections to the report and recommendation. (*See generally* Dkt.) Having reviewed the report and recommendation, the relevant portions of the record, and the governing law, the court ORDERS as follows:

1. The report and recommendation (Dkt. # 51) is ADOPTED in its entirety;

ORDER - 1

2. Mr. Slyke's amended complaint (Dkt. # 12) and this action are DISMISSED without prejudice for failure to prosecute;

3. Defendants' motion for summary judgment (Dkt. # 38) is STRICKEN as moot; and

4. The Clerk is DIRECTED to send copies of this order to the parties and to Magistrate Judge Fricke.

Dated this 24th day of July, 2024.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2